FILED'09 MAR 30 11:53USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELLEN PERCIVAL,
        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
        Defendant.

CV# 07-1243-HA

ORDER

       Based upon the stipulation of the parties, it is hereby ORDERED that attorney

fees in the amount of $5521.62 shall be awarded to Plaintiff pursuant to the Equal

Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's

attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's

attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-

0310. No costs or expenses are to be paid.

       DATED this __30__ day of March 2009.

Ancer L. Haggerty
United States District Judge