Merrill Schneider, OSB #77336　　　　　　　　　　　　FILED'10 APR 21 12:17 USDC-ORP
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 16310
Portland, Oregon 97292-0310
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

ELLEN PERCIVAL,
　　　　Plaintiff,　　　　　　　　　　　　CV # 07-1243-AAHA

　　　v.　　　　　　　　　　　　　　　　　ORDER

MICHAEL ASTRUE,
Commissioner of Social Security,
　　　　Defendant.

---

　　　The court finds and orders an attorney fee of $6,632.75 pursuant to 42 U.S.C. § 406(b).

　　　This court previously awarded Equal Access to Justice Act fees of $5,521.62 to Plaintiff's attorneys under 28 U.S.C. § 2412. Upon receipt of the fee of $6,632.75, Plaintiff's attorney will refund $5,521.62, the EAJA amount previously awarded in this matter, to Plaintiff.

　　　Dated this 21 day of April, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Ancer L. Hagerty
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge